```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| ALLEN CARMICHAEL, | Civil Action |
| Plaintiff, | No. 16-6982 (JBS-AMD) |
| v. | |
| CAMDEN COUNTY CORRECTIONAL FACILITY, | **MEMORANDUM OPINION** |
| Defendant. | |

**SIMANDLE, Chief District Judge**

Plaintiff Allen Carmichael seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-1.

Plaintiff did not submit a complete application as several pages are blank. Plaintiff must complete the application before the Court can consider it. The Court will therefore deny the application to proceed *in forma pauperis* without prejudice. Plaintiff must either submit a completed IFP application or the $350 filing fee and $50 administrative fee before the complaint will be filed.

An appropriate order follows.

**December 5, 2016**   s/ Jerome B. Simandle
Date                   JEROME B. SIMANDLE
                       Chief U.S. District Judge